IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Marshall, William J

Printed: 5/13/08

Case Number: 08 B 00525
Judge: Hollis, Pamela S
Filed: 1/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Glenview State Bank | Secured | 11,700.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,466.12 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 28,000.00 | 0.00 |
| 6. | Option One Mortgage Corp | Secured | 13,000.00 | 0.00 |
| 7. | Capital One | Unsecured | 87.40 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 574.34 | 0.00 |
| 9. | Glenview State Bank | Unsecured | 9.12 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 243.17 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 2,867.65 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 548.15 | 0.00 |
| 13. | First Financial Credit Union | Unsecured |  | No Claim Filed |
| 14. | Citicorp National Services Inc | Unsecured |  | No Claim Filed |
| 15. | Pinnacle Mangement Services Inc | Unsecured |  | No Claim Filed |
| 16. | Evanston Northwestern Healthcare | Unsecured |  | No Claim Filed |
| 17. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 18. | MCI Telecommunications | Unsecured |  | No Claim Filed |
| 19. | Vision Financial | Unsecured |  | No Claim Filed |
| 20. | AT&T | Unsecured |  | No Claim Filed |
| 21. | Michael Rothman | Unsecured |  | No Claim Filed |
|  |  |  | $ 59,495.95 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Marshall, William J

Printed: 5/13/08

Case Number: 08 B 00525
Judge: Hollis, Pamela S
Filed: 1/11/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

